



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

LISA M. GRIFFITH
Labor and Employment Law Division
Phone: (212) 788-0903
Fax: (212) 788-0940
E-mail: lgriffit@law.nyc.gov

September 25, 2007

**By Facsimile and Hand Delivery**

Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

SEP 25 2007

Re: Kingsley v. NYPD, et al.
    07 CV 7629 (NRB)

Dear Judge Buchwald:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent the defendants the New York City Police Department ("NYPD"), the City of New York and Police Commissioner Raymond Kelly,[1] (collectively "City defendants") in the above-referenced action. The action was commenced by Order to Show Cause. A conference was held for this matter before Your Honor on September 12, 2007 and as a result, the Court denied plaintiff's request for a preliminary injunction and temporary restraining order.

---

[1] Plaintiff, *pro se*, also lists "Captain Vincent Guerriera" as a defendant in this action. However, there is no one by the name of Captain Vincent Guerriera employed by the City of New York and assigned to the NYPD. However, there is an employee by the name of Deputy Inspector Vincent Guerriera and upon information and belief, Deputy Inspector Vincent Guerriera has not been served with a copy of the summons and complaint.

Honorable Naomi Reice Buchwald
United States District Judge
Kingsley v. NYPD, et al.
07 CV 7629 (NRB)
September 25, 2007
Page 2

An entry to the docket sheet dated September 19, 2007 indicates that plaintiff has filed an Amended Complaint. However, upon information and belief, neither this office nor the City defendants have been served with a copy of the Amended Complaint..

I write to respectfully request that the Court relieve City defendants of their obligation to respond to the original Complaint and that the Court grant City defendants an extension of time, until October 31, 2007, to respond to the Amended Complaint. This time will be used by this office to ascertain whether defendant Guerriera has been served with the Amended Complaint, investigate the allegations in the Amended Complaint, conduct a representation interview with defendant Guerriera and, if appropriate, make the representation determination. I attempted to contact plaintiff *pro se* to advise her of this request, however, she did not answer her telephone and therefore I left a message in her voice mailbox.

For the foregoing reasons, defendants respectfully that they be relieved of their obligation to respond to the original complaint and request an extension of time until October 31, 2007 to respond to the Amended Complaint.

Thank you for your consideration of this request.

Respectfully submitted,

Lisa M. Griffith (LG0821)
Assistant Corporation Counsel

cc: Sonja Kingsley
    Plaintiff *pro se*
    (By Overnight Mail)

## DECLARATION OF SERVICE

I, Lisa M. Griffith, hereby declare that on September 25, 2007, I caused a true and correct copy of the forgoing letter dated September 25, 2007, to be served by overnight mail upon Sonja Kingsley, plaintiff *pro se*, at 81 Jersey Street, Apartment 4C, Staten Island, NY 10301, that being the address that plaintiff *pro se* designated for such purpose.

By: *Lisa M. Griffith* 
Lisa M. Griffith

Sep 25 2007 15:56    Fax:212-788-8877    NYC LAW DEPARTMENT    P.04