UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------x

SONJA KINGSLEY,                          :

                    Plaintiff,           :        **O R D E R**

    - against -                          :        07 Civ. 7629 (NRB)

NEW YORK CITY POLICE DEPARTMENT, CITY
OF NEW YORK, POLICE COMMISSIONER         :
RAYMOND KELLY, AND DEPUTY INSPECTOR
VINCENT A. GURRIERA,                     :

                    Defendants.          :

-----------------------------------------------x

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

        Plaintiff moves this Court pursuant to 28 U.S.C. § 1915(e) for

appointment of counsel.  When deciding whether to appoint a lawyer

for an indigent party in a civil action, the following criteria are

applied:  (1) the merits of the party's claims; (2) ability to pay;

(3) plaintiff's efforts to obtain a lawyer; (4) the availability of

a lawyer; and (5) plaintiff's ability to gather and deal with the

relevant facts.  See Cooper v. A. Sargenti Co., 877 F.2d 170, 172

(2d Cir. 1989).   The  threshold  requirement  is  a  showing  of

sufficient likelihood of success on the merits to warrant the

appointment of counsel.  See, e.g., McDonald v. Head Criminal Court

Supervisor Officer, 850 F.2d 121 (2d Cir. 1988).

        Based upon the record of the case to date, I cannot conclude

that plaintiff has demonstrated a likelihood of success on the

merits that would support the appointment of counsel.  Thus, the

application is denied without prejudice to reconsideration at a later time should a more complete record warrant a different result.

**IT IS SO ORDERED.**

DATED:    New York, New York
          November 2, 2007


NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

Plaintiff
Sonja Kingsley
81 Jersey Street, Apt 4C
Staten Island, NY 10301


Counsel for Defendants
Lisa M. Griffith
Assistant Corporation Counsel
Labor and Employment Law Division
City of New York Law Department
100 Church Street
New York, NY 10007