MEMO ENDORSED — see p. 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JOSHUA R. FAY
Labor and Employment Law Division
Phone: (212) 788-8699
Fax: (212) 788-8877
E-mail: jfay@law.nyc.gov

February 12, 2008

**By Facsimile**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
FEB 12 2008
UNITED STATES DISTRICT JUDGE

Re:  Kingsley v. NYPD, et al.
     07 CV 7629 (NRB)

Dear Judge Buchwald:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent the defendants the New York City Police Department ("NYPD"), the City of New York, Police Commissioner Raymond Kelly, and Deputy Inspector Vincent Guerriera (collectively "defendants") in the above-referenced action.

    This letter is submitted in order to propose a schedule for proceeding with discovery in this matter. I have attempted to contact the plaintiff *pro se* on numerous occasions to discuss this schedule and have left her multiple messages. To date, I have been unable to discuss this schedule with her.

Honorable Naomi Reice Buchwald
United States District Judge
Kingsley v. NYPD, et al.
07 CV 7629 (NRB)
February 12, 2008
Page 2

**MEMO ENDORSED**

Defendants propose the following schedule for the Court's approval:

| | |
|---|---|
| Deadline for service of initial disclosures required by Rule 26(a): | February 28, 2008 |
| Deadline for joinder of additional parties and amendment of pleadings | March 15, 2008 |
| First Request for production of documents and first request for interrogatories due by: | March 21, 2008 |
| All discovery to be completed by: | July 1, 2008 |

So Ordered.
*[signature]*
USDJ
2/20/08

Thank you for your consideration of this request.

Respectfully submitted,

*[signature]*
Joshua Fay
Assistant Corporation Counsel

cc:  Sonja Kingsley
     Plaintiff *pro se*
     (By Overnight Mail)