UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONJA KINGSLEY

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

07 Civ. 7629 ( NRB )( )

- against -

NYPD / CITY OF NEW YORK
POLICE COMMISSIONER RAYMOND KELLY
CAPTAIN STEVEN RUBIN
DEPUTY INSPECTOR VINCENT A. GUERRIERA

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

NOTICE OF MOTION

U.S. DISTRICT COURT FILED MAY 09 2008 S.D. OF N.Y.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/23/08

PLEASE TAKE NOTICE that upon the annexed affirmation of SONJA KINGSLEY
*(name)*
affirmed on MAY 9, 2008 and upon the exhibits attached thereto *(delete if no*
*(date)*
*exhibits)*, the accompanying ~~Memorandum of Law~~ in support of this motion *(delete if there is no*
*Memorandum of Law)*, and the pleadings herein (plaintiff)/defendant will move this Court, before
*(circle one)*
NAOMI BUCHWALD, United States District/Magistrate Judge, for an order
*(Judge's name)*                                      *(circle one)*
pursuant to Rule _____ of the Federal Rules of Civil Procedure granting *(state what you want the*
*Judge to order)*: AMEND COMPLAINT ADDING CAPTAIN STEVEN
RUBIN AS A DEFENDANT AND ADDITIONAL
RETALIATORY ACTS ARE BEING COMMITTED AGAINST
PLAINTIFF BY DEFENDANTS

I declare under penalty of perjury that the foregoing is true and correct.

Dated: STATEN ISLAND  NY
*(city)*  *(state)*
MAY  9 , 2008
*(month) (day) (year)*

Signature: Sonja Kingsley
Address: 81 JERSEY ST #4C
STATEN ISLAND, NY 10301
Telephone Number (310) 739-2671
Fax Number *(if you have one)* _____

PRO SE OFFICE

Rev. 05/2007

MEMO ENDORSED

Endorsement:
The motion for leave to amend is granted without prejudice to the defendants' right to move against the amended complaint. Moreover, the discovery cut-off will not be extended because of the filing of this amended pleading.
So Ordered. Naomi Reice Buchwald, USDJ
May 23, 2008