USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SONJA KINGSLEY,                       :

        Plaintiff,             :       **O R D E R**

  - against -                        :       07 Civ. 7629 (NRB)

NEW YORK CITY POLICE DEPARTMENT, CITY
OF NEW YORK, POLICE COMMISSIONER      :
RAYMOND KELLY, AND DEPUTY INSPECTOR
VINCENT A. GURRIERA,                  :

        Defendants.            :

------------------------------------x

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    Before this Court is Kingsley's second motion for appointment of counsel pursuant to 28 U.S.C. § 1915(e). We denied Kingsley's previous request because she had not "demonstrated a likelihood of success on the merits that would support the appointment of counsel." Since Kingsley does not appear to have materially advanced her case since our last decision, the application is again denied without prejudice to reconsideration at a later time should a more complete record warrant a different result.

    **IT IS SO ORDERED.**

DATED:    New York, New York
           June 20, 2008

                                               NAOMI REICE BUCHWALD
                                               UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

<u>Plaintiff</u>
Sonja Kingsley
81 Jersey Street, Apt 4C
Staten Island, NY 10301

<u>Counsel for Defendants</u>
Lisa M. Griffith
Assistant Corporation Counsel
Labor and Employment Law Division
City of New York Law Department
100 Church Street
New York, NY 10007