**MEMO ENDORSED**



(SEE P.2)

THE CITY OF NEW YORK

**LAW DEPARTMENT**

MICHAEL A. CARDOZO
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

JOSHUA R. FAY
Labor and Employment Law Division
Phone: (212) 788-8699
Fax: (212) 788-8877
E-mail: jfay@law.nyc.gov

June 23, 2008

**By Facsimile**

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6|30|08

Re:  Kingsley v. NYPD, et al.
     07 CV 7629 (NRB)

Dear Judge Buchwald:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent the defendants the New York City Police Department ("NYPD"), the City of New York, Police Commissioner Raymond Kelly, and Deputy Inspector Vincent Guerriera (collectively "defendants") in the above-referenced action.

This letter is submitted in order to request an extension of time to complete discovery in this matter. Discovery is currently scheduled to close on July 1, 2008. To date, despite efforts to contact plaintiff *pro se* to arrange for a mutually convenient date to schedule her deposition in this matter, I have been unable to reach her by telephone, and consequently no deposition has yet been scheduled. Further, defendants were served with plaintiff's first set of document requests on June 2, 2008, less than 30 days prior to the original close-of-discovery date. Despite this untimely service, defendants are preparing responses to plaintiff's requests. However, in light of the time required to retrieve certain documents from the NYPD's archives, defendants do not anticipate being able to provide responses prior to July 1, 2008. Moreover, plaintiff served additional document requests on defendants last week on June 18, 2008. Defendants have reviewed the requests and are beginning to search for responsive materials, however, the process of locating responsive documents is expected to take at least 30 days, if not longer. Accordingly, defendants request a 60-day extension of the end-of-discovery deadline

Honorable Naomi Reice Buchwald
United States District Judge
Kingsley v. NYPD, et al.
07 CV 7629 (NRB)
June 23, 2008
Page 2

**MEMO ENDORSED**

from July 1, 2008, to September 2, 2008. This is defendants' first request for an extension of the
discovery deadline.

    I have left plaintiff a message explaining my intention to make this request, but to
date, have not spoken with her to obtain her consent to his request.

    Thank you for your consideration of this request.

Respectfully submitted,

*Joshua Fay*
Joshua Fay
Assistant Corporation Counsel

*Application granted. No further extensions. So Ordered. 6/30/08*

cc:    Sonja Kingsley
    Plaintiff *pro se*
    (By Overnight Mail)