**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SONJA KINGSLEY
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

07 Civ. 7629 (NRB) ( ) ( )

- against -

NYPD/CITY OF NEW YORK
POLICE COMMISSIONER RAYMOND KELLY
DEPUTY INSPECTOR VINCENT GUERRIERA
CAPTAIN STEVEN RUBIN

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**NOTICE OF MOTION**
FOR DISCOVERY SANCTIONS
AGAINST VINCENT GUERRIERA

RECEIVED IN CHAMBERS
NAOMI REICE BUCHWALD
AUG - 5 2008
UNITED STATES DISTRICT

PLEASE TAKE NOTICE that upon the annexed affirmation of SONJA KINGSLEY
*(name)*

affirmed on AUGUST 4, 2008, and upon the exhibits attached thereto *(delete if no*
*(date)*
*exhibits)*, the accompanying Memorandum of Law in support of this motion *(delete if there is no*

*Memorandum of Law)*, and the pleadings herein, plaintiff/defendant will move this Court, before
*(circle one)*

NAOMI REICE BUCHWALD United States District/Magistrate Judge, for an order
*(Judge's name)*  *(circle one)*

pursuant to Rule 37 b of the Federal Rules of Civil Procedure granting *(state what you want the*
*Judge to order)*: AN ORDER HOLDING DEFENDANT VINCENT GUERRIERA
IN CONTEMPT OF COURT FOR FAILING TO ANSWER INTERROGATORIES
(WHICH WOULD TAKE HIM LESS THAN 5 MINUTES) AND AN ORDER
OF DEFAULT JUDGMENT AGAINST SAID DEFENDANT

I declare under penalty of perjury that the foregoing is true and correct.

Dated: STATEN ISLAND  NY
*(city)*  *(state)*
AUGUST  4, 2008
*(month)*  *(day)*  *(year)*

Signature: *Sonja Kingsley*
Address 81 JERSEY ST /#4CC
STATEN ISLAND, NY 10301
Telephone Number (310) 739 2671
Fax Number *(if you have one)* _____

Rev. 05/2007

Endorsement
Motion denied.
So Ordered.
*Naomi Reice Buchwald*
USDJ
August 18, 2008

RECEIVED
AUG 0 4 2008
PRO SE OFFICE